**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| **MARY A, LYON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CAVALRY SPV I, LLC, MIDLAND** | ) |
| **FUNDING, LLC, PORTFOLIO** | ) |
| **RECOVERY ASSOCIATES, LLC, and** | ) |
| **UNIFUND CCR PARTNERS,** | ) |
| | ) |
| **Defendants.** | ) |

**CIVIL ACTION NO.**
**4:17-cv-00018-JHM-HBB**

## JOINT NOTICE OF SETTLEMENT

**COME NOW** plaintiff Mary A. Lyon ("Plaintiff") and defendant Midland Funding, LLC ("Midland Funding") (hereinafter collectively referred to as "the parties"), by and through their undersigned counsel, and hereby notify the Court that a tentative settlement agreement has been reached between the parties. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this the 15th day of March, 2017,

*/s/ James R. McKenzie (with permission)*
James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Telephone: (502) 371-2179
Email:  jmckenzie@jmckenzielaw.com

29347187 v1

James H. Lawson
*Lawson at Law, PLLC*
115 Sherrin Avenue, Unit #4
Louisville, KY 40207
Phone: (502) 473-6525
Email: james@kyclc.com

Attorneys for Plaintiff
MARY A. LYON


*/s/ Reid S. Manley*
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: rmanley@burr.com

Attorney for Defendant
MIDLAND FUNDING, LLC


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following by Electronic Filing, and/or by U.S. First Class Mail, hand delivery, fax or email on this 15th day of March, 2017:

Robert B. Herrick
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Telephone: (502) 540-2376
Email: brooks.herrick@dinsmore.com


*/s/ Reid S. Manley*
OF COUNSEL