# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| MARY A. LYON, ) | |
| ) | *Filed Electronically* |
| Plaintiff, ) | |
| v. ) | **Case No. 4:17-cv-000018-JHM** |
| ) | |
| CAVALRY SPV I, LLC, MIDLAND ) | |
| FUNDING, LLC, PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, and UNIFUND ) | **NOTICE OF SETTLEMENT** |
| CCR PARTNERS ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Please take notice that Plaintiff Mary A. Lyon has resolved this dispute with Defendant Portfolio Recovery Associates, LLC. Plaintiff and Defendant anticipate filing a Motion for Entry of an Agreed Order of Dismissal with Prejudice within thirty to forty-five days.

Respectfully submitted this 28th day of April, 2017.

Respectfully submitted,

/s/ R. Brooks Herrick
Joseph N. Tucker
R. Brooks Herrick
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky  40202
(502) 581-2360
(502) 581-8111 (Fax)
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing has been filed this 28th day of April, 2017, using the Court's ECF system to the following.

| | |
|---|---|
| James H. Lawson<br>Lawson at Law, PLLC<br>115 S. Sherrin Avenue, Suite 4<br>Louisville, Kentucky 40207<br>james@kyconsumerlaw.com<br>*Counsel for Plaintiff* | James R. McKenzie<br>James R. McKenzie Attorney, PLLC<br>115 S. Sherrin Avenue, Suite 4<br>Louisville, KY 40207<br>jmckenzie@jmckenzielaw.com<br>*Counsel for Plaintiff* |

Reid S. Manley
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
rmanley@burr.com
*Counsel for Midland Funding, LLC*

              /s/ R. Brooks Herrick
              *Counsel for Portfolio Recovery Associates, LLC*

11238955v1

2