# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Owensboro Division**

| | |
|---|---|
| Mary A. Lyon )<br>    *Plaintiff* )<br>)<br>v. )<br>)<br>Cavalry SPV I, LLC *et al.* )<br>    *Defendants* )<br>_____)  | Case No.    4:17-cv-00018-JHM |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT CAVALRY SPV I, LLC

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice that she is dismissing, with prejudice, her claims against Defendant Cavalry SPV I, LLC.

Submitted by:

/s/ James R. McKenzie
**James R. McKenzie**
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:    (502) 371-2179
Fax:    (502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Mary A. Lyon*

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Mary A. Lyon*

## CERTIFICATE OF SERVICE

    This is to certify that I served a true copy of the foregoing Notice of Voluntary Dismissal via U.S. Mail on the persons at the addresses set forth below this 19th day of July, 2017:

Cavalry SPV I, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

                                      /s/ James R. McKenzie
                                      *Counsel for Plaintiff*
                                      *Mary A. Lyon*